## Peter Matthews v. The People of the State of Illinois ex rel. Streeter.

1. PLEADING—*After a Cause Has Been Reversed and Remanded.*— After a cause has been reversed and remanded, an additional plea filed by leave of the court which presents no new defense, or raises any question not passed upon, is bad on demurrer.

Quo Warranto.—Appeal from the Circuit Court of Mercer County; the Hon. JOHN J. GLENN, Judge, presiding. Heard in this court at the December term, 1894. Affirmed. Opinion filed May 28, 1895.

PEPPER & SCOTT, attorneys for appellant.

J. M. BROCK, State's Attorney, and BASSETT & BASSETT, attorneys for appellees.

MR. JUSTICE CARTWRIGHT DELIVERED THE OPINION OF THE COURT.

This case was in this court on a former appeal, and the judgment in favor of the present appellant was reversed for reasons then given. The People ex rel. v. Matthews, 53 Ill. App. 305. The cause was reinstated in the Circuit Court, and the defendant, by leave of court, filed an additional plea, which, however, did not present any new defense, or raise any question not passed upon by this court when the case was here before. A demurrer was interposed to the pleas and sustained by the court, and the defendant electing to stand by the pleas, judgment of ouster and for costs was rendered against him.

The action of the court in sustaining the demurrer and entering judgment was in accordance with the views heretofore given, and the judgment will be affirmed.